

# COURT OF APPEALS

**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

**NO. 2-08-044-CR**

PATRICK BRAUN                                                            APPELLANT

V.

THE STATE OF TEXAS                                                          STATE

----------

FROM THE 158ᵀᴴ DISTRICT COURT OF DENTON COUNTY

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered "Appellant's Motion To Abate Or Dismiss Appeal Without Prejudice." The motion complies with rule 42.2(a) of the rules of appellate procedure. TEX. R. APP. P. 42.2(a). No decision of this court having been delivered before we received this motion, we grant the motion and dismiss the appeal without prejudice. *See id.;* TEX. R. APP. P. 43.2(f).

PER CURIAM

PANEL D:   GARDNER, WALKER, and MCCOY, JJ.

DO NOT PUBLISH
TEX. R. APP. P. 47.2(b)

---

[1]*See* TEX. R. APP. P. 47.4.

DELIVERED: March 13, 2008